# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

ERIC HINES AND WANDA HINES,

      Plaintiffs,

v.

SHELLPOINT MORTGAGE SERVICING
AND/OR WELLS FARGO BANK, N.A. AS
TRUSTEE FOR PARK PLACE SECURITIES,
INC., ASSET-BACKED PASS-THROUGH
CERTIFICATES, SERIES 2004-MCW1,
CLASS A-1 CERTIFICATES,

      Defendants.

Case No.: 1:26-cv-10119

**CORPORATE DISCLOSURE
STATEMENT OF DEFENDANT
NEWREZ LLC D/B/A SHELLPOINT
MORTGAGE SERVICING**

The undersigned counsel of record for Defendant Newrez LLC d/b/a Shellpoint Mortgage Servicing (improperly named Shellpoint Mortgage Servicing), furnishes the following information in compliance with Fed. R. Civ. P. 7.1:

Newrez LLC d/b/a Shellpoint Mortgage Servicing is a wholly-owned subsidiary of NewRezHoldings LLC f/k/a Shellpoint Partners LLC, a Delaware limited liability company. NewRezHoldings LLC f/k/a Shellpoint Partners LLC is a wholly-owned subsidiary of NRM Acquisition LLC and NRM Acquisition II LLC, Delaware limited liability companies. Both NRM Acquisition entities are wholly-owned subsidiaries of New Residential Mortgage LLC, a Delaware limited liability company. New Residential Mortgage LLC is a wholly-owned subsidiary of RithmCapital Corp. a Delaware corporation. Rithm Capital Corp., f/k/a New Residential

Investment Corp., is publicly traded on the New York Stock Exchange under the ticker symbol

RITM, and was previously traded under the ticker symbol NRZ.

Respectfully submitted,

*Defendants Newrez LLC d/b/a Shellpoint Mortgage Servicing and Wells Fargo Bank, N.A. as Trustee for Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2004-MCW1, Class A-1 Certificates*

By their attorneys,

*/s/ Stephanie Sprague*
Stephanie Sprague  (BBO# 667714)
HUSCH BLACKWELL LLP
One Congress Street, Suite 3102
Boston, MA 02114
Telephone: 617-598-6765
stephanie.sprague@huschblackwell.com

Dated:  January 12, 2026

## **CERTIFICATE OF SERVICE**

I, Stephanie Sprague, hereby certify that on January 12, 2026, I caused the foregoing document to be served upon Plaintiff's counsel via electronic mail and regular mail, as follows:

Todd Dion
15 Cottage Avenue, Suite 202
Quincy, MA 02169
toddsdion@msn.com
*Attorney for Plaintiffs*


/s/Stephanie Sprague
Stephanie Sprague, Esq.